**Order entered June 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00133-CV

**GREGORY B. BATEN TRUST, INTERVENOR, Appellant**

**V.**

**BRANCH BANKING AND TRUST COMPANY AND RICHARD W. HEATH, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08390**

## ORDER

We **GRANT** the June 11, 2014 extension motions of each appellee and **ORDER** the briefs be filed no later than July 3, 2014.

/s/     ELIZABETH LANG-MIERS
JUSTICE